Form 173 − hrggeneral

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 13−15966−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael A Ricketts
354 Ogden Street
Orange, NJ 07050

Karie Ricketts
aka Karie L. Buckmire
354 Ogden Street
Orange, NJ 07050

Social Security No.:
xxx−xx−5000 xxx−xx−4680

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date: March 2, 2017
Time: 11:00 AM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

***190*** − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/10/2017. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

***192*** − Certification in Opposition to Trustee's Certification of Default (related document:190 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/10/2017. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Stuart M. Nachbar on behalf of Karie Ricketts, Michael A Ricketts. (Attachments: # 1 Certificate of Service) (Nachbar, Stuart)

and transact such other business as may properly come before the meeting.

Dated: February 14, 2017
JAN: jf

Jeanne Naughton
Clerk