Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 13−15966−VFP
                              Chapter: 13
                              Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael A Ricketts                             Karie Ricketts
   354 Ogden Street                                aka Karie L. Buckmire
   Orange, NJ 07050                              354 Ogden Street
                                                    Orange, NJ 07050

Social Security No.:
   xxx−xx−5000                                        xxx−xx−4680

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date:               March 2, 2017
Time:              11:00 AM
Location:       Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*190* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/10/2017. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*192* − Certification in Opposition to Trustee's Certification of Default (related document:190 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/10/2017. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Stuart M. Nachbar on behalf of Karie Ricketts, Michael A Ricketts. (Attachments: # 1 Certificate of Service) (Nachbar, Stuart)

and transact such other business as may properly come before the meeting.

Dated: February 14, 2017
JAN: jf

                                                                                        Jeanne Naughton
                                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Michael A Ricketts  
Karie Ricketts  
    Debtors

Case No. 13-15966-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 14, 2017  
                  Form ID: 173     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2017.  
db/jdb       +Michael A Ricketts,   Karie Ricketts,   354 Ogden Street,   Orange, NJ 07050-3227  
lm          Bank Of America,   Customer Service,   PO Box 5170,   Simi Valley, CA 93062-5170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr           Bank of America, N.A.  
     TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2017                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2017 at the address(es) listed below:  
       Charles G. Wohlrab    on behalf of Creditor    NATIONSTAR MORTGAGE LLC cwohlrab@logs.com, njbankruptcynotifications@logs.com  
       Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Frances Gambardella    on behalf of Loss Mitigation    Bank Of America bankruptcynotice@zuckergoldberg.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com  
       Ramanjit K. Chawla    on behalf of Creditor    State Of New Jersey Division Of Taxation ramanjit.chawla@dol.lps.state.nj.us  
       Stuart M. Nachbar    on behalf of Debtor Michael A Ricketts stuart@snanj.com  
       Stuart M. Nachbar    on behalf of Joint Debtor Karie Ricketts stuart@snanj.com  
       Tammy L. Terrell    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com  
                              TOTAL: 9