| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on March 7, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>   MICHAEL A RICKETTS<br>   KARIE RICKETTS | Case No.:  13-15966 VFP<br><br>Hearing Date:  3/2/2017 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 7, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): MICHAEL A RICKETTS
KARIE RICKETTS
Case No.: 13-15966
Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 03/02/2017 on notice to STUART M. NACHBAR, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $710.00 starting on 3/1/2017 for the remaining 12 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 13-15966-VFP
Michael A Ricketts                                                                                  Chapter 13
Karie Ricketts
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Mar 07, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2017.
db/jdb         +Michael A Ricketts,   Karie Ricketts,   354 Ogden Street,   Orange, NJ 07050-3227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                                       Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2017 at the address(es) listed below:
          Charles G. Wohlrab    on behalf of Creditor    NATIONSTAR MORTGAGE LLC cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Frances Gambardella    on behalf of Loss Mitigation    Bank Of America
           bankruptcynotice@zuckergoldberg.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
          Ramanjit K. Chawla    on behalf of Creditor    State Of New Jersey Division Of Taxation
           ramanjit.chawla@dol.lps.state.nj.us
          Stuart M. Nachbar    on behalf of Joint Debtor Karie  Ricketts stuart@snanj.com
          Stuart M. Nachbar    on behalf of Debtor Michael A Ricketts stuart@snanj.com
          Tammy L. Terrell    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
                                                                                             TOTAL: 9