Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  13−15966−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael A Ricketts                      Karie Ricketts
   354 Ogden Street                       aka Karie L. Buckmire
   Orange, NJ 07050                      354 Ogden Street
                                           Orange, NJ 07050

Social Security No.:
   xxx−xx−5000                                xxx−xx−4680

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on July 19, 2017.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 19, 2017
JAN: mcp

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Michael A Ricketts  
Karie Ricketts  
    Debtors

Case No. 13-15966-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: Jul 19, 2017  
                    Form ID: 148      Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2017.

```
db/jdb         +Michael A Ricketts,    Karie Ricketts,    354 Ogden Street,    Orange, NJ 07050-3227
513850612      +A F S/ C C,    3300 S Parker Rd Ste 330,    Aurora, CO 80014-3545
513887766      +Attorney General,    United States Department of Justice,    Ben Franklin Station,    PO Box 683,
                 Washington, DC 20044-0683
516161646      +Bank of America,    354 Ogden Street,    Orange, NJ 07050-3227
513822527       Bank of America N.A.,    Loss/Recovery,    4161 Piedmont Parkway,    NC4 105 03 14,
                 Greensboro, NC 27410
513925261      +Bank of America, N.A.,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
514088140      +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
513887774      +Firstbkde/cf,    5301 Limestone Rd. Ste. 106,    Wilmington, DE 19808-1251
513887778      +Hugh Bailey,    354 Ogden Street,    Orange, NJ 07050-3227
516340154     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: NAtionstar Mortgage LLC,     Bankruptcy Department,    PO Box 619096,
                 Dallas, TX 75261)
513887783      +NJ Auto Accts Mgmt,    186 Mantolking Rd Ste 2a,    Brick, NJ 08723-5888
513887780       New Jersey Attorney General Office,    Division of Law,    Richard H. Hughes Justic Complex,
                 25 Market Street, PO Box 112,    Trenton, NJ 08625-0112
513887784      +PNC Mortgage Servicing,    Attn: Bankruptcy,    3232 Newmark, Dr.,    Miamisburg, OH 45342-5433
513779173      +PSE&G,    P.O. Box 1444,    New Brunswick, NJ 08903-1444
513887781     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: New Jersey Division of Taxation,
                 Compliance and Enforcement Division,    50 Barrack Street- 9th Floor,    PO Box 245,
                 Trenton, NJ  08695)
513887790      +Wyrhsr Mtg/Select Portfolip Servicing,    PO box 65250,    Salt Lake City, UT 84165-0250
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 19 2017 22:54:52     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 19 2017 22:54:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm              EDI: BANKAMER.COM Jul 19 2017 22:28:00      Bank Of America,    Customer Service,    PO Box 5170,
                 Simi Valley, CA 93062-5170
513850613      +EDI: ACCE.COM Jul 19 2017 22:33:00      Asset Acceptance LLC,    PO Box 1630,
                 Warren, MI 48090-1630
515754612      +EDI: BANKAMER.COM Jul 19 2017 22:28:00      BANK OF AMERICA, N.A.,    PO BOX 5170,
                 SIMI VALLEY, CA 93062-5170
513887767      +EDI: BANKAMER.COM Jul 19 2017 22:28:00      Bk of Amer,    Correspondence Unit/CA6-919-02-41,
                 PO Box 5170,    Simi Valley, CA 93062-5170
513887771       EDI: CITICORP.COM Jul 19 2017 22:28:00      Citibank USA,
                 Citicorp Credit Services/Attn: Centraliz,    PO Box 20507,    Kansas City, MO 64195
513887768      +EDI: CAPITALONE.COM Jul 19 2017 22:28:00      Cap One,    26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3440
513887769      +E-mail/Text: bankruptcy@usecapital.com Jul 19 2017 22:55:51      Capital Accounts,
                 PO Box 140065,    Nashville, TN 37214-0065
513887770      +E-mail/Text: Jodi.b@consumerrecovery.com Jul 19 2017 22:55:42      Capital Recovery Syste,
                 310 South St,    Plainville, MA 02762-1547
513791099      +E-mail/Text: bankruptcy@cavps.com Jul 19 2017 22:55:06      Cavalry Portfolio Services,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
513887772      +EDI: WFNNB.COM Jul 19 2017 22:28:00      Comenity Bank/Mandees,    Attn: Bankruptcy,
                 PO Box 182686,    Columbus, OH 43218-2686
513820798      +EDI: TSYS2.COM Jul 19 2017 22:28:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
513887773      +EDI: TSYS2.COM Jul 19 2017 22:28:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
514064908       EDI: RMSC.COM Jul 19 2017 22:28:00      GE Capital Retail Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
513887775      +EDI: RMSC.COM Jul 19 2017 22:28:00      Gecrb/Care Credit,    PO Box 965036,
                 Orlando, FL 32896-5036
513887776      +EDI: HFC.COM Jul 19 2017 22:28:00      HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
513887777      +EDI: HFC.COM Jul 19 2017 22:28:00      HSBC Card Services,    PO Box 80084,
                 Salinas, CA  93912-0084
513887779      +EDI: IRS.COM Jul 19 2017 22:28:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA  19101-7346
513887782      +EDI: WFNNB.COM Jul 19 2017 22:28:00      Newport News,    PO Box 182125,
                 Columbus, OH 43218-2125
514864822       EDI: PRA.COM Jul 19 2017 22:28:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
514864823       EDI: PRA.COM Jul 19 2017 22:28:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541,   Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
```

```
District/off: 0312-2         User: admin              Page 2 of 2           Date Rcvd: Jul 19, 2017
                             Form ID: 148             Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
513849938      +E-mail/Text: bankruptcy@pseg.com Jul 19 2017 22:53:50      PSEG,    PO BOX 490,
                 Cranford, NJ 07016,    Att:Bankruptcy Dept 07016-0490
513971787       EDI: Q3G.COM Jul 19 2017 22:33:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
513887785      +EDI: SEARS.COM Jul 19 2017 22:28:00      Sears/Cbna,    PO Box 6189,    Sioux Falls, SD 57117-6189
513887786      +E-mail/Text: usanj.njbankr@usdoj.gov Jul 19 2017 22:54:52      United States Attorney,
                 Peter Rodino Federal Building,    970 Broad Street, Ste 700,    Newark, NJ 07102-2527
513887787      +EDI: VERIZONEAST.COM Jul 19 2017 22:33:00      Verizon,    500 Technology Dr,
                 Weldon Spring, MO 63304-2225
513887788      +E-mail/Text: collect@williamsalexander.com Jul 19 2017 22:54:32      Waassociates,    PO Box 2148,
                 Wayne, NJ 07474-2148
513887789      +EDI: CHASE.COM Jul 19 2017 22:33:00      Wash Mutual/Providian/Chase,    Attn: Bankruptcy Dept,
                 PO Box 15298,    Wilmington, DE 19850-5298
                                                                                               TOTAL: 29

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A.
516340155*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: NAtionstar Mortgage LLC,    Bankruptcy Department,    PO Box 619096,
                 Dallas, TX 75261,    NAtionstar Mortgage LLC,    Bankruptcy Department)
513779174*     +PSE&G,    P.O. Box 1444,    New Brunswick, NJ 08903-1444
515442496*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
                                                                                      TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2017 at the address(es) listed below:
```
          Charles G. Wohlrab    on behalf of Creditor    NATIONSTAR MORTGAGE LLC cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Frances Gambardella    on behalf of Loss Mitigation    Bank Of America
           bankruptcynotice@zuckergoldberg.com
          Katherine Knowlton Lopez    on behalf of Creditor    NATIONSTAR MORTGAGE LLC klopez@logs.com
          Marie-Ann Greenberg     magecf@magtrustee.com
          R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
          Ramanjit K. Chawla    on behalf of Creditor    State Of New Jersey Division Of Taxation
           ramanjit.chawla@dol.lps.state.nj.us
          Stuart M. Nachbar    on behalf of Joint Debtor Karie  Ricketts stuart@snanj.com
          Stuart M. Nachbar    on behalf of Debtor Michael A Ricketts stuart@snanj.com
          Tammy L. Terrell    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
                                                                                               TOTAL: 10
```