UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stuart M. Nachbar, Esq. (SN-9998)
354 Eisenhower Parkway, Suite 101, Plaza 1
P.O. Box 2205
Livingston, NJ 07039
(973) 567-0954
Counsel for Debtors

Order Filed on September 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michael A. Ricketts and Karie Ricketts

Case No.:   13-15966

Chapter:   13

Judge:   VFP

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: September 13, 2017

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Stuart M. Nachbar, Esq._____, the applicant, is allowed a fee of $ _____10,295.00_____ for services rendered and expenses in the amount of $_____386.31_____ for a total of $_____10,681.31_____ . The allowance shall be payable:

❏    through the Chapter 13 plan as an administrative priority.

☑    outside the plan.

~~The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.~~

This Order shall be paid first from any funds held by the Chapter 13
Standing Trustee, and the balance by the Debtors' from personal funds
as the case has been dismissed.
If the case is converted, This Order shall only be used as
prima facia evidence of a claim against the Debtor for an
Asset Case or Bad Faith Conversion, not for the Disbursement
of Funds held by the former Chapter 13 Standing Trustee
and if same is dismissed, this Order shall survive any
dismissal of the case, and if same is dismissed, applicant shall
be permitted to seek remedy through non-bankruptcy methods.

*Revised 10/3/02*