UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stuart M. Nachbar, Esq. (SN-9998)
354 Eisenhower Parkway, Suite 101, Plaza 1
P.O. Box 2205
Livingston, NJ 07039
(973) 567-0954
Counsel for Debtors

In Re:

Michael A. Ricketts and Karie Ricketts

**Order Filed on September 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 13-15966

Chapter: 13

Judge: VFP

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 13, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Stuart M. Nachbar, Esq._____, the applicant, is allowed a fee of $ _____10,295.00_____ for services rendered and expenses in the amount of $____386.31____ for a total of $_____10,681.31_____ . The allowance shall be payable:

- ❏ through the Chapter 13 plan as an administrative priority.

- ☑ outside the plan.

~~The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.~~

This Order shall be paid first from any funds held by the Chapter 13
Standing Trustee, and the balance by the Debtors' from personal funds
as the case has been dismissed.
If the case is converted, This Order shall only be used as
prima facia evidence of a claim against the Debtor for an
Asset Case or Bad Faith Conversion, not for the Disbursement
of Funds held by the former Chapter 13 Standing Trustee
and if same is dismissed, this Order shall survive any
dismissal of the case, and if same is dismissed, applicant shall
be permitted to seek remedy through non-bankruptcy methods.

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:  
Michael A Ricketts  
Karie Ricketts  
    Debtors

Case No. 13-15966-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 14, 2017  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2017.  
db/jdb       +Michael A Ricketts,    Karie Ricketts,    354 Ogden Street,    Orange, NJ 07050-3227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2017 at the address(es) listed below:  
           Charles G. Wohlrab    on behalf of Creditor    NATIONSTAR MORTGAGE LLC cwohlrab@logs.com, njbankruptcynotifications@logs.com  
           Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Frances Gambardella    on behalf of Loss Mitigation    Bank Of America bankruptcynotice@zuckergoldberg.com  
           Katherine Knowlton Lopez    on behalf of Creditor    NATIONSTAR MORTGAGE LLC klopez@logs.com  
           Marie-Ann Greenberg    magecf@magtrustee.com  
           R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com  
           Ramanjit K. Chawla    on behalf of Creditor    State Of New Jersey Division Of Taxation ramanjit.chawla@dol.lps.state.nj.us  
           Stuart M. Nachbar    on behalf of Debtor Michael A Ricketts stuart@snanj.com  
           Stuart M. Nachbar    on behalf of Joint Debtor Karie  Ricketts stuart@snanj.com  
           Tammy L. Terrell    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com  
                                                                                                                 TOTAL: 10