Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 13−15966−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael A Ricketts | Karie Ricketts |
| 354 Ogden Street | aka Karie L. Buckmire |
| Orange, NJ 07050 | 354 Ogden Street |
| | Orange, NJ 07050 |

Social Security No.:
  xxx−xx−5000                                     xxx−xx−4680

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 10, 2017</u>         <u>Vincent F. Papalia</u>
                                                  Judge, United States Bankruptcy Court